EXHIBIT 1



Jerry L. Noon, Vice President
*jerrynoon@ascentiumcapital.com*
T: (281) 348-2013
F: (866) 846-3679

September 24, 2020

**Via UPS and Email**
**tim@gowhiteknight.com**
**tedwkl@hotmail.com**
White Knight Limousine, Inc.
1500 Jade Rd
Columbia, Missouri 65201

**Via UPS**
Ted Littell
3630 Old Ridge Rd
Columbia, Missouri 65203

**Via UPS**
Timothy Littell
3630 Old Ridge Rd
Columbia, Missouri 65203

Re: Ascentium Capital LLC Equipment Finance Agreement Nos. 2242662, 2396184 and 2408247 (the "EFAs") and Lease No. 2247613 (the "Lease") and Business Loan and Security Agreement No. 2350707 (the "BLSA") with White Knight Limousine, Inc. ("Debtor") and Ted Littell and Timothy Littell ("Guarantors")

# NOTICE OF DEFAULT AND ACCELERATION

Ladies and Gentlemen:

On or about July 15, 2017, November 7, 2019 and December 10, 2019 Debtor entered into EFAs 2242662, 2396184 and 2408247, respectively, with Ascentium Capital LLC ("Ascentium") in order to finance Debtor's acquisition of equipment (collectively, the "EFA Collateral").

On or about August 17, 2017, Debtor entered into the Lease with Ascentium in order to finance Debtor's acquisition of equipment (the "Lease Collateral").

In connection with the BLSA, Debtor granted Ascentium a security interest in all assets of Debtor, including without limitation, all of the following, whether now owned or hereafter arising, created or acquired and wherever located: (a) all accounts, (b) all inventory, (c) all equipment, (d) all goods, (e) all general intangibles, (f) all software and intellectual property, (g) all chattel paper, (h) all instruments, (i) all documents, (j) all investment property and securities,(k) all commercial tort claims, (l) all letter of credit rights, (m) all replacements for, additions to substitutions

EXHIBIT 1

for and accessions to any or all of the foregoing, and (n) all proceeds of any of the foregoing, including, without limitation, proceeds of insurance (the "All Assets Pledge Collateral").

The Guarantors unconditionally guaranteed the payment and performance when due of all obligations of Debtor under the EFAs the Lease and the BLSA (hereinafter the "Agreements"), and all related documents executed by Debtor. The Guarantors further agreed that Ascentium may proceed against Guarantors before proceeding against Debtor.

The Agreements are past due because Debtor has failed and refused to pay the monthly payments due, therefore, the Agreements are in Default (as defined in the Agreements). The Debtor has surrendered some, but not all, of the EFA Collateral and the Lease Collateral which has been sold and the sale proceeds applied to the balances due under the respective Agreements, however, the Debtor has refused to surrender the remaining EFA Collateral as well as the All Assets Pledge Collateral.

In accordance with its rights and remedies under the Agreements Ascentium hereby accelerates and declares the entire remaining balance of the Agreements immediately due and payable. Pursuant to the default and remedies section of the Agreements, Ascentium is required to discount future Payments due at the rate of 3% per annum. The accelerated amount remaining due is detailed below:

| EFA 2242662 | ($) |
|---|---:|
| Past Due Payments: | 23,192.54 |
| Late Charges: | 1,159.74 |
| Return Item Charges: | 60.00 |
| Inspection / Repossession Expenses: | 3,241.24 |
| Default Interest on Past Due Amounts (1.5% per month): | 1,406.55 |
| Future Payments Accelerated (3% present value discount applied): | 25,399.19 |
| TOTAL: | 54,459.26 |

| EFA 2396184 | ($) |
|---|---:|
| Past Due Payments: | 18,141.23 |
| Late Charges: | 907.14 |
| Return Item Charges: | 60.00 |
| Inspection / Repossession Expenses: | 2,300.00 |
| Default Interest on Past Due Amounts (1.5% per month): | 961.44 |
| Future Payments Accelerated (3% present value discount applied): | 97,903.65 |
| TOTAL: | 120,273.46 |

| EFA 2408247 | ($) |
|---|---:|
| Past Due Payments: | 2,382.30 |
| Late Charges: | 119.10 |
| Return Item Charges: | 60.00 |
| Pre-Funding Charges: | 100.00 |
| Default Interest on Past Due Amounts (1.5% per month): | 146.54 |
| Future Payments Accelerated (3% present value discount applied): | 15,087.10 |
| TOTAL: | 17,895.04 |

EXHIBIT 1

| LEASE 2247613 | ($) |
|---|---:|
| Past Due Payments: | 18,914.73 |
| Late Charges: | 945.84 |
| Return Item Charges: | 60.00 |
| Inspection / Repossession Expenses: | 2,619.63 |
| Default Interest on Past Due Amounts (1.5% per month): | 1,434.09 |
| Future Payments Accelerated (3% present value discount applied): | 35,605.93 |
| Sales Tax: | 3,116.09 |
| Personal Property Tax: | 2,569.06 |
| TOTAL: | 65,265.37 |

| BLSA 2350707 | ($) |
|---|---:|
| Past Due Payments: | 18,980.64 |
| Late Charges: | 840.00 |
| Return Item Charges: | 60.00 |
| Future Payments Accelerated (3% present value discount applied): | 15,486.65 |
| TOTAL: | 35,367.29 |

Accordingly, **DEMAND IS MADE for payment of $293,260.42** plus accruing interest and all other contractually-applicable charges, the total of which must be received at Ascentium's office at 23970 Highway 59 N., Kingwood, Texas, 77339, no later than ten (10) days from the date of this letter.

Pursuant to its rights under the Agreements and applicable law, Ascentium is entitled to take possession of the remaining collateral. The Debtor is holding the remaining collateral in violation of Ascentium's rights. Accordingly, DEMAND IS MADE for Debtor to do the following:

1. Cease taking any action to sell, use, assign or dispose of the remaining collateral;

2. Immediately deliver to Ascentium any proceeds of the remaining collateral;

3. Assemble and surrender the remaining collateral to Ascentium at a time and place acceptable to Ascentium; and

4. Stop using, transferring, withdrawing or encumbering any funds on deposit in any financial institution at which proceeds of the remaining collateral have been deposited and immediately pay all such funds to Ascentium.

Please contact the undersigned to make arrangements for the surrender of the remaining collateral (in which event the Debtor and Guarantors shall remain jointly and severally liable for the debt and any deficiency balance).

If any payment less than the full indebtedness demanded above is delivered to Ascentium, such payment will be applied to said indebtedness (in any sequence Ascentium selects in its sole discretion), with full reservation of all of Ascentium's rights and remedies and without waiver of or prejudice to any of Ascentium's rights or remedies. Moreover, any such partial payment shall not cure any default under the Agreements, and such payment shall not reinstate or de-accelerate any indebtedness under the Agreements. Therefore, unless the demand stated above is timely and fully satisfied, or this matter is otherwise resolved with written documentation acceptable to Ascentium in its sole discretion, Ascentium will immediately take all further steps it deems appropriate, including and without limitation commencing a legal action against some or all of you for all available relief.

EXHIBIT 1

Please note that Ascentium has no obligation or duty to inform Debtor or Guarantors of Ascentium's intention to exercise its rights and remedies except as expressly required by the Agreements or applicable law. Ascentium is, however, doing so in this letter as a courtesy.

To the extent your obligations have been discharged, dismissed, or are subject to an automatic stay under Title 11 of the United States Code, this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect any such obligation. This notice is given pursuant to 11 U.S.C. § 362(b)(11), if applicable.

This letter is not an all-inclusive statement of Ascentium's rights or remedies against any person or entity. Moreover, nothing stated in or omitted from this letter is a waiver of, or has any adverse effect on, any of Ascentium's rights or remedies, and all such rights and remedies are cumulative, may be exercised in any such order as Ascentium elects, and are expressly reserved.

THIS IS AN ATTEMPT TO COLLECT THE INDEBTEDNESS EVIDENCED BY THE AGREEMENTS, AND/OR SECURED BY THE LIENS, SECURITY INTERESTS, AND TERMS AND PROVISIONS CONTAINED IN THE AGREEMENTS, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. PLEASE BE GOVERNED ACCORDINGLY.

Sincerely,
Ascentium Capital LLC

Jerry L. Noon
Vice President, Asset Management