# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

ASCENTIUM CAPITAL LLC,

    Plaintiff,

v.

TED LITTEL, TIMOTHY LITTELL, and
WHITE KNIGHT LIMOUSINE, INC.,

    Defendants.

Case No. 2:20-cv-04215-NKL

## **DEFAULT JUDGMENT**

On December 22, 2021, the Court ordered that Tim Littell's pleadings be struck, and a default judgment entered against him. *See* Doc. 89. Tim Littell's pleadings have subsequently been struck and a Clerk's entry of Default has been entered. *See* Doc. 91. As a result, the Court enters a default judgment against Tim Littell.

Since there was no damages calculation in the motion for sanctions, the Court ordered Ascentium to provide the Court proof of its current damages. *See* Doc. 89. Ascentium alleges in its complaint that is entitled to the unpaid balances on the five agreement, 1.5% monthly interest on the past due amounts, attorney's fees, and costs. *See generally* Doc. 1.

Ascentium has provided the Court proof of the amounts due under the agreements including prejudgment interest, Ascentium's costs, and Ascentium's attorney's fees. *See* Doc. 95. Specifically, Ascentium has shown that as of January 4, 2022, it was owed $328,891.90 under the five agreements plus attorney's fees and costs. *Id.* Furthermore, since Ascentium is entitled to prejudgment interest on past due amounts, Ascentium has shown it is entitled to $118.85 in interest for every day between January 4, 2022, and the date of judgment.

Consequently, the Court enters a default judgment against Defendant Tim Littell for $328,891.90 plus $118.85 for every day between January 4, 2022, and the date of this order, plus reasonable attorney's fees and costs.

/s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: February 1, 2022
Jefferson City, Missouri

2
Case 2:20-cv-04215-NKL   Document 104   Filed 02/01/22   Page 2 of 2